IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANICE CLARK | ) |
| Plaintiff | ) |
| v. | ) CASE NO.: 1:11-cv-0577-JMS-TAB |
| METROPOLITAN SCHOOL DISTRICT OF PERRY TOWNSHIP | ) |
| Defendant | ) |

**ORDER ON MOTION FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice. Costs paid.

**ALL OF WHICH IS SO ORDERED**

03/21/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.